

# Fourth Court of Appeals
## San Antonio, Texas

August 1, 2019

No. 04-19-00374-CV

Adam **REPOSA,**
Appellant

v.

Keith **HENNEKE** and David Escamilla,
Appellees

From the 425th Judicial District Court, Williamson County, Texas
Trial Court No. 18-1071-C425
Honorable David Peeples, Judge Presiding

# O R D E R

On July 2, 2019, we issued an order in which we informed appellant that the trial court clerk filed a notification of late record stating that appellant failed to pay or make arrangements to pay the fee for preparing the clerk's record and that appellant is not entitled to preparation of the clerk's record without paying the fee. In our July 2, 2019 order, we directed appellant to provide written proof to this court that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. Appellant has not responded to our order.

Additionally, on July 25, 2019, the court reporter filed a notification of late record stating that appellant failed to request a reporter's record and also failed to pay or make arrangements to pay the fee for preparing the reporter's record and that appellant is not entitled to preparation of the reporter's record without paying the fee.

It is therefore **ORDERED** that appellant provide written proof to this court on or before **August 6, 2019** that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided with regard to the portion of this order regarding the clerk's order, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b); *see also* TEX. R. APP. P. 42.3(c) (allowing dismissal of appeal if appellant fails to comply with an order of this court).

We additionally **ORDER** appellant to file written proof to this court on or before **August 12, 2019** that he has filed a designation of record with the court reporter. *See* TEX. R. APP. P. 34.6(b)(c). We further **ORDER** appellant to provide written proof to this court within ten days of the date of this order that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to respond to the portion of this record regarding the reporter's record within the time provided, the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of August, 2019.

KEITH E. HOTTLE,
Clerk of Court